# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| LA Park La Brea A LLC, *et al.*, | )<br>)<br>) |
| *Plaintiffs-Appellants*, | )<br>) No. 18-55113 |
| v. | )<br>) |
| Airbnb, Inc., *et al.*, | )<br>) |
| *Defendants-Appellees*. | )<br>) |

## MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), Plaintiffs-Appellants hereby move the Court for an order dismissing the above-captioned appeal with prejudice based on, and in accordance with, the December 11, 2018 Settlement Agreement between the parties.

Each side shall bear its own costs on appeal.

Dated:  December 11, 2018

Respectfully submitted,

/s/ *David C. Frederick*

MICHAEL T. WILLIAMS
ALLISON R. MCLAUGHLIN
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202-5647
(303) 244-1800

JEREMY B. ROSEN
ERIC S. BOORSTIN
RYAN C. CHAPMAN
HORVITZ & LEVY LLP
3601 West Olive Avenue, 8th Floor
Burbank, California 91505-4681
(818) 995-0800

DAVID C. FREDERICK
BRENDAN J. CRIMMINS
RACHEL PROCTOR MAY
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900

*Counsel for Plaintiffs-Appellants*
*LA Park La Brea A LLC, LA Park La Brea B LLC,*
*LA Park La Brea C LLC, and Aimco Venezia, LLC*

# CERTIFICATE OF COMPLIANCE

Pursuant to Ninth Circuit Rule 27-1(1) and Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6), the undersigned certifies that this motion complies with the applicable type-volume limitations. This motion was prepared in Times New Roman 14-point font and complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5), as well as any type-style requirements of Federal Rule of Appellate Procedure 32(a)(6).

In compliance with Federal Rule of Appellate Procedure 27(d)(2), this motion contains 51 words and is not in excess of 20 pages. This certificate was prepared in reliance on the word-count function of the word-processing system (Microsoft Office Word 2013) used to prepare this motion.

/s/ *David C. Frederick*
David C. Frederick
*Counsel for Plaintiffs-Appellants*
*LA Park La Brea A LLC, LA Park La Brea B LLC, LA Park La Brea C LLC, and Aimco Venezia, LLC*

Dated: December 11, 2018

# CERTIFICATE OF SERVICE

I hereby certify that, on December 11, 2018, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ David C. Frederick*
David C. Frederick
*Counsel for Plaintiffs-Appellants
LA Park La Brea A LLC, LA Park La Brea B LLC, LA Park La Brea C LLC, and Aimco Venezia, LLC*