FILED

DEC 17 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LA PARK LA BREA A LLC; et al.,<br><br>    Plaintiffs-Appellants,<br><br> v.<br><br>AIRBNB INC. and AIRBNB PAYMENTS, INC.,<br><br>    Defendants-Appellees. | No. 18-55113<br><br>D.C. No. 2:17-cv-04885-DMG-AS<br>Central District of California, Los Angeles<br><br>ORDER |

Appellants' motion (Docket Entry No. 71) for voluntary dismissal of the case under Federal Rule of Appellate Procedure 42(b) is granted. This appeal is dismissed with prejudice. *See* Fed. R. App. P. 42(b).

A copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7